IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30024
Summary Calendar
_____

RIVER/ROAD CONSTRUCTION, INC.,

Plaintiff-Appellant,

versus

PLAQUEMINES PARISH GOVERNMENT,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-467-G
- - - - - - - - - -
October 21, 1997
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

River/Road Construction, Inc. (River/Road), challenges the
district court's grant of summary judgment for the Plaquemines
Parish Government (Parish) on River/Road's equal protection
claim.  River/Road argues that the Parish failed to meet its
summary-judgment burden, thus improperly shifting the burden onto
River/Road, and that River/Road met its burden as the nonmoving
party.  We have carefully reviewed the arguments and the
appellate record.  For essentially the same reasons given by the

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

district court in its memorandum order, <u>River/Road Constr., Inc. v. Plaquemines Parish Gov't</u>, No. 96-0467 (E.D. La. Dec. 11, 1996) (memorandum and order), we conclude that the district court did not err in its summary-judgment analysis and determination.  <u>See</u> <u>Little v. Liquid Air Corp.</u>, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc).

AFFIRMED.